UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

CLIFFORD E. BRIMMER 4:09-MJ-01019-FL      )
CHAZ N. FORD 4:09-MJ-1064-FL              )
JESSE L. ROBERTS 4:09-mj-01058-FL         )
JOSHUA L. RUSSELL 4:09-MJ-01056-FL        )
                                          )
      Defendants                          )

      Leave of court is granted for the filing of the foregoing

dismissal.

_____              _____
DATE                                 LOUISE W. FLANAGAN
                                     Chief United States District Judge